**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BERNARD TIMOTHY LONG,**

    **Plaintiff,**

**-vs-**              **Case No. 6:09-cv-1320-Orl-19DAB**

**MICHAEL E. MURRAY, GOLDEN**
**FLORIDA MANAGEMENT, INC. ,**

    **Defendants.**

_____

## ORDER

This case comes before the Court on the Opposition to and Request that Defendants' Memorandum of Law in Response to Plaintiff's Motion Dated April 1, 2010 be Immediately Dismissed, Dissolved, and Removed and Stricken from the Record of this Case by Bernard Timothy Long. (Doc. No. 76, filed Apr. 27, 2010.)

On April 1, 2010, Bernard Timothy Long ("Plaintiff") filed a Motion to Not Administratively Close the Case. (Doc. No. 67.) On April 12, 2010, Michael E. Murray and Golden Florida Management, Inc. (collectively, "Defendants") filed a Motion for Extension of Time to Reply to the Plaintiff's Motion to Not Administratively Close the Case. (Doc. No. 68.) On April 22, 2010, United States Magistrate Judge David A. Baker denied the Defendants' Motion for Extension of Time for failure to comply with Local Rule 3.01(g). (Doc. No. 73.) Thereafter Defendants filed a timely response to Plaintiff's Motion to Not Administratively Close the Case. (Doc. No. 75.) On April 27, 2010, Plaintiff filed the present Motion to Strike the Defendants' Response arguing that the Defendants are barred from filing the Response under Local Rule 3.01(g). (Doc. No. 76.)

Local Rule 3.01(g) states that before filing a motion such as the Defendants' request for an extension of time, the moving party shall confer with counsel for the opposing party in a good faith effort to resolve the issues raised by the motion, and shall file with the motion a statement certifying that the moving counsel has conferred with opposing counsel and stating whether counsel agree on the resolution of the motion. In the present case, the Defendants' Motion for Extension of Time (Doc. No. 68) was denied without prejudice for failing to comply with Rule 3.01(g). (Doc. No. 73.) The denial of the Defendants' Motion for Extension of Time for failure to comply with Rule 3.01(g) resulted in a denial of the Defendants' request for an extension of time to file a response and granted the Defendants leave to refile a second motion for an extension of time in compliance with Rule 3.01(g). (Doc. No. 73.) The denial pursuant to Rule 3.01(g) did not prevent the Defendants from filing a timely Response to the Plaintiff's Motion to Not Administratively Close the Case.[1] (Doc. No. 75.) Accordingly, Plaintiff's Motion to Strike will be denied.

However, it appears from recent filings in this case that the settlement agreement was not signed and the settlement has not been consummated. A Case Management and Scheduling Order has been entered in this case (Docket Number 55), and a Motion for Summary Judgment is pending if there has been no settlement. In the interest of getting this case back on track, all pending motions are referred to the Magistrate Judge for consideration and recommendation as to what relief, if any, should be afforded, including but not limited to whether the Order at Docket Number 66 should be

---

[1] Defendants' Response filed on April 23, 2010 is timely under Federal Rule of Civil Procedure 6(d) and Local Rule 3.01(b).

vacated. The hearing before the undersigned Judge scheduled by Docket Number 74 is cancelled in order to allow the Magistrate Judge to schedule any proceeding which is deemed necessary.

**Conclusion**

Based on the foregoing, the Opposition to and Request that Defendants' Memorandum of Law in Response to Plaintiff's Motion Dated April 1, 2010 be Immediately Dismissed, Dissolved, and Removed and Stricken from the Records of this Case by Bernard Timothy Long. (Doc. No. 76) is **DENIED**. All pending motions are referred to the U.S. Magistrate Judge. The hearing scheduled by Docket Number 74 is cancelled.

**DONE** and **ORDERED** in Orlando, Florida on April 28, 2010.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:

Counsel of Record
Unrepresented Parties