# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BERNARD TIMOTHY LONG,**

      **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:09-cv-1320-Orl-19DAB**

**MICHAEL E. MURRAY, GOLDEN FLORIDA MANAGEMENT, INC. ,**

      **Defendants.**

_____

## ORDER

This case comes before the Court on the Entry of Default pursuant to Federal Rule of Civil Procedure 55(a). (Doc. No. 101, filed Dec. 17, 2010.) Plaintiff Bernard Timothy Long is directed to apply for a default judgment pursuant to Federal Rule of Civil Procedure 55(b) within thirty (30) days from the date of this Order.

**DONE** and **ORDERED** in Orlando, Florida on December 21 , 2010.

*[signature]*

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:

Counsel of Record
Unrepresented Parties